**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FIREMAN'S FUND INSURANCE
COMPANY a/s/o ENVIRONMENTAL
CHEMICAL and ENVIRONMENTAL
CHEMICAL CORP.,

                Plaintiffs,

vs.

LANDSTAR RANGER, INC.,

                Defendant.

_____

LANDSTAR RANGER, INC.,

                Third-Party Plaintiff,

vs.

GOT YOUR BACK PILOT CARS, LLC
n/k/a GOT UR BACK PILOT CARS,
LLC; KIM'S FLAG CAR; and F&S
INSURANCE SERVICES, INC.,

                Third-Party Defendants.

_____

Case No. 3:11-cv-1241-J-37MCR

**ORDER**

On March 18, 2013, Third-Party Defendant F&S Insurance Services, Inc. ("F&S")
filed a second motion to dismiss for failure to state a claim as to Count V (Doc. 64) of
Third-Party Plaintiff Landstar Ranger, Inc.'s ("Landstar") Amended Third-Party
Complaint (Doc. 52). F&S previously filed a motion to dismiss Counts VI and VII of the
(Doc. 56) of the Amended Third-Party Complaint, which the Court granted (Doc. 63).

Federal Rule of Civil Procedure 12(g)(2) prohibits a party from filing a second

Rule 12 motion when the defense or objection raised in the second motion was available at the time the first motion was filed. Rule 12(h)(2) provides an exception by which a party may raise the defense of failure to state a claim even if it has previously filed a Rule 12 motion via: (1) a pleading under Rule 7(a); (2) a motion for judgment on the pleadings under Rule 12(c); or (3) a motion at trial. Accordingly, in the interests of efficiency and expeditious adjudication, the Court construes F&S's improper second motion to dismiss (Doc. 64) as a motion for judgment on the pleadings as to Count V. As such, the Court directs F&S to file, on or before April 17, 2013, a responsive pleading to Landstar's Amended Third-Party Complaint[1] (Doc. 52).

The time for response to F&S's motion has expired. However, as F&S's motion is potentially dispositive, the Court directs Landstar to respond, on or before April 24, 2013, to the construed motion for judgment on the pleadings (Doc. 64). A failure to respond may result in the motion being granted as unopposed.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.  F&S Insurance Services, Inc. is **DIRECTED** to file, on or before April 17, 2013, a responsive pleading to Defendant's Landstar Ranger, Inc.'s, Amended Third-Party Complaint for Damages, Indemnity, Contribution and Demand for Jury Trial (Doc. 52).

2.  Third-Party Plaintiff Landstar Ranger, Inc. is **DIRECTED** to respond, on or before April 24, 2013, to the Motion to Dismiss and Supporting Memorandum of Law of Third-Party Defendant, F&S Insurance Services, Inc., in Response to Amended Third-Party Complaint by Landstar Ranger,

---

[1] F&S need only plead as to Count V, as the Court dismissed Counts VI and VII (Doc.63) and Landstar did not timely replead.

Inc., construed as a motion for judgment on the pleadings (Doc. 64).

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, on April 10, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record